**K&L GATES LLP**
Edward P. Sangster (SBN 121041)
Ramiz I. Rafeedie (SBN 215070)
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: 415.882.8200
Facsimile: 415.882.8220

Attorneys for Defendants United Home
Mortgage Corporation and Asad Zafari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM | Case No. CV 09 1099 EMC |
| Plaintiff, | |
| vs. | **STIPULATION EXTENDING TIME TO RESPOND** ; ORDER |
| AMERICAN SERVICING COMPANY INCORPORATION, NDEX WEST, LLC, WMC MORTGAGE CORP., UNITED HOME MORTGAGE CORPORATION, PARAMOUNT FINANCIAL, INC., ASAD ZAFARI, ARTHUR DAVID BACIGALUPO, CORY ROBERT BAKER, DAVID MARCUS ALLEN, TIERNAN JAMES LEE, JUAN CARLOS MARTINEZ, KEITH HOUSTEAD, JOHN WEIGEL and DOES 1-20 inclusive, | |
| Defendants. | |

1    Pursuant to Local Rule 6-1, Plaintiff Ayisha Benham and Defendants United Home Mortgage
2    Corporation and Asad Zafari (collectively "Defendants") hereby stipulate as follows:
3        A.    Plaintiff filed the above-entitled action on March 12, 2009;
4        B.    Plaintiff effected service on Defendants on March 25, 2009;
5        C.    The current deadline for Defendants to respond is April 14, 2009;
6        D.    The parties are meeting, conferring and investigating issues relating to the complaint
7    before incurring additional costs of litigation;
8        F.    The parties have agreed to extend Defendants' response due date by 30 days to May
9    14, 2009.

**IT IS SO STIPULATED.**

LAW OFFICES OF JONATHAN G. STEIN

Dated: April 13, 2009        By:  /s/ Jonathan G. Stein
                                        Jonathan G. Stein
                                        Attorneys for Plaintiff Ayisha Benham

K&L GATES LLP

Dated: April 13, 2009        By:  /s/ Ramiz I. Rafeedie
                                        Edward P. Sangster
                                        Ramiz I. Rafeedie
                                        Attorneys for Defendants United Home
                                        Mortgage Corporation and Asad Zafari

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Ramiz I. Rafeedie, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty perjury under the laws of the United States that the foregoing is true and correct. Executed this 14th day of April, 2009 in San Francisco, California.

/s/ Ramiz I. Rafeedie
Ramiz I. Rafeedie

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge



2
**STIPULATION EXTENDING TIME TO RESPOND; CASE NO. CV 09 01099**