**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    AYISHA BENHAM,

10            Plaintiff,                          No. C 09-01099 JSW

11      v.

12   AMERICAN SERVICING CO., ET AL.,             **ORDER SETTING BRIEFING**
                                                 **SCHEDULE**
13            Defendants.
                                           /
14

15        This matter is set for a hearing on July 31, 2009 at 9:00 a.m. on Defendant WMC

16   Mortgage, LLC's motion to dismiss and to strike or, alternatively, for a more definite statement.

17   The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than

18   June 19, 2009 and a reply brief shall be filed by no later than June 26, 2009.

19        If the Court determines that the matter is suitable for resolution without oral argument, it

20   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

21   schedule, they may submit for the Court's consideration a stipulation and proposed order

22   demonstrating good cause for any modification requested.

23        **IT IS SO ORDERED.**

24

25   Dated:   June 5, 2009                   _____
                                             JEFFREY S. WHITE
26                                           UNITED STATES DISTRICT JUDGE

27

28