IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN SERVICING CO., et al.,<br><br>    Defendants.<br>_____/ | No. C 09-01099 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on July 31, 2009 on Defendant Wells Fargo Bank d/b/a America's Servicing Company's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 2, 2009 and a reply brief shall be filed by no later than July 10, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 18, 2009

                                              JEFFREY S. WHITE<br>                                              UNITED STATES DISTRICT JUDGE