EDWARD A. TREDER
State Bar No. 116307
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
917 S. Village Oaks Drive, Suite 200
Covina, California 91724
(626) 915-5714 – Phone
(626) 915-0289 – Fax
edwardt@bdftw.com

Attorneys for Defendant NDEx WEST, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SERVICING COMPANY INCORPORATION, NDEX WEST, LLC, WMC MORTGAGE CORP., UNITED HOME MORTGAGE CORPORATION, PARAMOUNT FINANCIAL, INC., ASAD ZAFARI, ARTHUR DAVID BACIGALUPO, CORY ROBERT BAKER, DAVID MARCUS ALLEN, TIERNAN JAMES LEE, JUAN CARLOS MARTINEZ, KEITH HOUSTEAD, JOHN WEIGEL, and DOES 1 TO 20, inclusive,<br><br>Defendants. | CASE NO. CV 09 1099 ~~EMC~~ JSW<br><br>~~[PROPOSED]~~ ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC<br><br>[NO HEARING REQUIRED] |

~~[PROPOSED]~~ ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-1-

The Stipulation of Non-Monetary Status by and between Plaintiff AYISHA BENHAM and Defendant NDEx WEST, LLC, the pertinent parts of which are set forth below, is hereby approved.

Plaintiffs do not assert any claims for monetary relief against Defendant NDEx WEST, LLC, and their Complaint does not allege any misconduct on its part in the performance of its duties and/or in its handling of the non-judicial foreclosure as agent for the mortgage lender(s) and/or as successor trustee under the subject Deed of Trust. Defendant NDEx WEST, LLC shall have no liability to plaintiffs for any monetary damages, attorney's fees or costs of suit.

Defendant NDEx WEST, LLC shall be bound by any non-monetary judgment or order that may be entered by the Court concerning (a) ownership and title to the subject real property, (b) the validity, enforceability and priority of the subject Deed of Trust, and/or (c) the non-judicial foreclosure proceeding.

GOOD CAUSE APPEARING, IT IS SO ORDERED:

Dated: June 22, 2009

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE STIPULATION OF NON-MONETARY STATUS OF DEFENDANT NDEx WEST, LLC
-2-