UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AYISHA BENHAM

Plaintiff(s),

CASE NO. CV 09-01099-JSW

v.

AMERICAN SERVICING COMPANY
INCORPORATION, et al.

Defendant(s).

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓ Private ADR (*please identify process and provider*)  private mediation

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓ other requested deadline  January 15, 2010

Dated: _____

Dated: July 2, 2009

Attorney for Plaintiff

Attorney for Defendant
Wells Fargo Bank N.A
d/b/a America's Servicing Company

Dated: July 2, 2009

Mark W. Asdourian
Attorney for Defendant
WMC Mortgage, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AYISHA BENHAM

CASE NO. CV 09-01099-JSW

Plaintiff(s),

v.

AMERICAN SERVICING COMPANY
INCORPORATION, et al.

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
  Non-binding Arbitration (ADR L.R. 4)
  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
  ✓ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
  ✓ Private ADR *(please identify process and provider)*  private mediation

The parties agree to hold the ADR session by:
  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

  ✓ other requested deadline  January 15, 2010

Dated: July 2, 2009

Attorney for Plaintiff

Dated: July 2, 2009

Attorney for Defendant
Wells Fargo Bank N.A
d/b/a America's Servicing Company

Dated 7/2/09

Attorney for Defendants Paramount Financial, Inc
and David Marcus Allen

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
-     Non-binding Arbitration
-     Early Neutral Evaluation (ENE)
- ✓ Mediation
-     Private ADR

Deadline for ADR session
-     90 days from the date of this order.
- ✓ other    January 15, 2010

IT IS SO ORDERED.

July 6, 2009

Dated:_____

*/s/ Jeffrey S. White*

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT