1  SPENCER P. SCHEER #107750
   JOSHUA L. SCHEER #242722
2  REILLY D. WILKINSON #250086
   JONATHAN SEIGEL #168224
3  THOMAS D. HICKS #238545
   SCHEER LAW GROUP, LLP
4  155 N. REDWOOD DRIVE, SUITE 100
   SAN RAFAEL, CA  94903
5  Telephone:  (415) 491-8900
   Facsimile:  (415) 491-8910
6  P.050-002S-A

7  Attorneys for Defendants,
   Paramount Financial, Inc., and
8  David Marcus Allen

9

               **UNITED STATES DISTRICT COURT**
10
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
11

12

13
   AYISHA BENHAM,                    CASE NO.:  CV09-1099 JSW
14
            Plaintiff,
15
   vs.
16                                    STIPULATION AND ORDER RE RESPONSE
   AMERICAN SERVICING COMPANY         TO COMPLAINT
17 INCORPORATION, MORTGAGE
   ELECTRONIC REGISTRATION SYSTEM,
18 INC., NDEX WEST, LLC, WMC
   MORTGAGE CORP., PARAMOUNT
19 FINANCIAL, INC., DAVID MARCUS
   ALLEN, JUAN CARLOS MARTINEZ, KEITH
20 HOUSTEAD, JOHN WEIGEL, and DOES 1-
   20, inclusive,
21           Defendant(s).
22

23
      **WHEREAS,** Plaintiff has duly served Defendants Paramount Financial Inc. ("**PFI**") and
24
   David Marcus Allen ("**Allen**") with a copy of the summons and complaint in this action;
25
      **WHEREAS,** on May 19, 2009, Plaintiff filed her first amended complaint ("Amended
26
   Complaint") and on June 10, 2009 stipulated to PFI and Allen filing a response to the Amended
27
   Complaint on or before June 26, 2009.
28

                    STIPULATION RE RESPONSE TO COMPLAINT                        1

1  **WHEREAS,** Plaintiff and PFI and Allen have subsequently agreed on an additional

2  extension of time to respond to the Amended Complaint.

3  **NOW, THERFORE, IT IS HEREBY STIPULATED AND AGREED** by and

4  between Jonathan G. Stein, Esq., attorney for Plaintiff, Ayisha Benham, and Joshua L. Scheer,

5  Esq., attorney for Defendants, PFI and Allen, that PFI's and Allen's response to Plaintiff's

6

7  Amended Complaint shall be filed on or before July 10, 2009.

8

9  DATED: June __, 2009                    LAW OFFICES OF JONATHAN G. STEIN

10

11                                         By:   /s/Jonathan G. Stein, Esq.
                                                 Attorney for Plaintiff,
12                                               Ayisha Benham

13

14

15  DATED: June __, 2009                    SCHEER LAW GROUP, LLP

16

17                                         By:   /s/Joshua L. Scheer, Esq.
                                                 Attorney for Defendants,
18                                               Paramount Financial, Inc. and
                                                 David Marcus Allen
19

20

21  **IT IS SO ORDERED:**

22      July
    DATED: ~~June~~ 7 , 2009
23                                         _____
                                           HONORABLE JEFFREY S. WHITE
24                                         UNITED STATES DISTRICT COURT JUDGE

25

26

27

28