LAW OFFICES OF JONATHAN G. STEIN
JONATHAN G. STEIN   SBN  224609
5050 LAGUNA BLVD STE 112-325
ELK GROVE CA 95758
(916) 247-6868; (FAX) 443-5022
e-mail jonathan@jonathangstein.com

LAW OFFICES OF MARGARET BROUSSARD
MARGARET BROUSSARD SBN 219251
7909 WALERGA RD STE 112 PMB 1157
ANTELOPE, CA 95843
(916) 722-2370; (FAX) 880-5252
e-mail pegthelawyer@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM<br><br>         Plaintiff,<br>v.<br><br>AMERICAN SERVICING COMPANY INCORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., NDEX WEST, LLC, WMC MORTGAGE CORP., PARAMOUNT FINANCIAL, INC., DAVID MARCUS ALLEN, JUAN CARLOS MARTINEZ, KEITH HOUSTEAD, JOHN WEIGEL UNITED HOME MORTGAGE CORP., ASAD ZAFARI, CORY ROBERT BAKER, TIERNAN JAMES LEE and DOES 1-20 inclusive,<br><br>         Defendants.<br>_____/ | CASE NO. 3:09-cv-01099-EMC<br><br>NOTICE OF DISMISSAL OF DEFENDANTS PARAMOUNT FINANCIAL, INC, AND DAVID MARCUS ALLEN WITHOUT PREJUDICE FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i) |

/ /                                                  1

## PLAINTIFF'S NOTICE OF DISMISSAL

Plaintiff files this notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(i).

    1. Plaintiff is Ayisha Benham; Defendants are Paramount Financial, Inc, AND David Marcus Allen.

2. Plaintiff sued Defendants Paramount Financial, Inc, AND David Marcus Allen.

3. Defendants have been served with process and have not filed an answer.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for dismissal of the case.

7. Plaintiff has not dismissed an action based on or including the same claims as those presented in this suit.

8. This dismissal is without prejudice to refiling.

9. Only Defendants Paramount Financial, Inc, AND David Marcus Allen are dismissed from this claim.

Dated:                                                     _____
                                                        Jonathan G. Stein
                                                        Attorney for Plaintiff

/ /