United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

AYISHA BENHAM,

    Plaintiff,

v.

AMERICAN SERVICING CO., et al.,

    Defendants.

                                          /

No. C 09-01099 JSW

**ORDER VACATING HEARING ON MOTIONS TO DISMISS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the two pending motions to dismiss which have been noticed for hearing on Friday, July 31, 2009 at 9:00 a.m., are appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: July 29, 2009

                                                      JEFFREY S. WHITE
                                                      UNITED STATES DISTRICT JUDGE