**K&L GATES LLP**
Edward P. Sangster  (SBN 121041)
Ramiz I. Rafeedie (SBN 215070)
Four Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone:  415.882.8200
Facsimile:  415.882.8220

Attorneys for Defendants United Home
Mortgage Corporation and Asad Zafari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM | Case No. CV 09 1099 JSW |
| Plaintiff, | |
| vs. | **NOTICE OF CHANGE OF COUNSEL** |
| AMERICAN SERVICING COMPANY INCORPORATION, NDEX WEST, LLC, WMC MORTGAGE CORP., UNITED HOME MORTGAGE CORPORATION, PARAMOUNT FINANCIAL, INC., ASAD ZAFARI, ARTHUR DAVID BACIGALUPO, CORY ROBERT BAKER, DAVID MARCUS ALLEN, TIERNAN JAMES LEE, JUAN CARLOS MARTINEZ, KEITH HOUSTEAD, JOHN WEIGEL and DOES 1-20 inclusive, | |
| Defendants. | |

1 | The undersigned counsel of record for Defendants United Home Mortgage and Asad Zafari
2 | request this Court remove counsel from its electronic service list because United Home Mortgage and
3 | Asad Zafari have been dismissed from this litigation. Dckt. #25.

K&L GATES LLP

Dated: August 14, 2009           By:   /s/ Ramiz I. Rafeedie
                                       Edward P. Sangster
                                       ed.sangster@klgates.com
                                       Ramiz I. Rafeedie
                                       ramiz.rafeedie@klgates.com
                                       Attorneys for Defendants United Home
                                       Mortgage Corporation and Asad Zafari

1
**NOTICE OF CHANGE OF COUNSEL; CASE NO. CV 09 01099 JSW**