1  DONALD J. QUERIO (State Bar No. 54367)
   MICHAEL J. STEINER (State Bar No. 112079)
2  JOSHUA E. WHITEHAIR (State Bar No. 244900)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, CA  94111
   Telephone:  (415) 398-3344
5  Facsimile:  (415) 956-0439

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A. d/b/a
7  AMERICA'S SERVICING COMPANY

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  AYISHA BENHAM,                        Case No.:  CV 09-01099-JSW

12          Plaintiff,                    **STIPULATION AND [PROPOSED]
                                          ORDER EXTENDING TIME TO
13      vs.                               RESPOND TO PLAINTIFF'S SECOND
                                          AMENDED COMPLAINT**
14  WELLS FARGO BANK, N.A. dba
    AMERICA'S SERVICING COMPANY,          **L.R. 6-1**
15  AMERICA'S SERVICING COMPANY;
    WMC MORTGAGE CORPORATION;
16  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC., NDEX
17  WEST, LLC; DEUTSCHE BANK
    NATIONAL TRUST COMPANY AS
18  TRUSTEE FOR MORGAN STANLEY ABS
    CAPITAL 1, INC., TRUST 2006-WMC-2;
19  JUAN CARLOS MARTINEZ, KEITH
    HOUSTEAD, JOHN WEIGEL, and DOES 1-
20  20 inclusive,

21          Defendants.

22

23

24      On November 29, 2009, the Court entered an Order Granting In Part and Denying In Part

25  defendants Wells Fargo Bank, N.A. d/b/a America's Servicing Company ("Wells Fargo") and

26  WMC Mortgage Corporation's ("WMC") Motions to Dismiss Plaintiff's First Amended

27  Complaint.  The Court granted Plaintiff leave to file a Second Amended Complaint ("SAC") by

28

1  December 30, 2009 and requiring Defendants to answer or move to dismiss within 20 days

2  thereafter, or by January 19, 2010.

3      On December 30, 2009, Plaintiff filed and served her SAC which, for the first time in this

4  action, names as a defendant Deutsche Bank National Trust Company as Trustee for Morgan

5  Stanley ABS Capital 1, Inc. Trust 2006-WM-2 ("Deutsche Bank").  Plaintiff believes that

6  Deutsche Bank will be served with the SAC by January 31, 2010.  Presuming service is

7  effectuated by that date, Deutsche Bank be entitled 20 days to respond to the SAC, or until

8  February 22, 2010.  Because Wells Fargo services Plaintiff's loan for Deutsche Bank, Wells

9  Fargo may defend this action on its behalf.  If so, Wells Fargo and Deutsche Bank will be

10  represented by the same counsel and will be asserting the same or similar interests and defenses

11  to this action.

12      WHEREFORE, in the interests of judicial efficiency and to permit the coordination of a

13  briefing schedule and hearing date on the anticipated motions to dismiss, the Parties agree and

14  hereby stipulate that, the deadline for Defendants to file and serve a response to the SAC should

15  be extended until February 22, 2010.

16      Plaintiff and Wells Fargo have stipulated to one prior extension of time to respond to the

17  initial complaint.  This stipulation is without prejudice to the rights, claims, defenses and

18  arguments of all parties.

19  DATED:  January 15, 2010               LAW OFFICES OF JONATHAN G. STEIN

20                                         By: _____/s/_____
                                                Jonathan G. Stein
21
                                           Attorneys for Plaintiff
22                                         AYISHA BENHAM

23
    DATED:  January 15, 2010               SEVERSON & WERSON
24                                         A Professional Corporation

25                                         By: _____/s/_____
                                                Joshua E. Whitehair
26
                                           Attorneys for Defendant
27                                         WELLS FARGO BANK, N.A. d/b/a
                                           AMERICA'S SERVICING COMPANY
28

- 2 -

07685/0365/784204.1                        Stipulation and [Proposed] Order Extending Time
                                           Case No.:  3:09-cv-01099-JSW

1   DATED:  January 15, 2010                   MARK V. ASDOURIAN, PLC

2

3                                              By: _____/s/_____
                                                        Mark V. Asdourian

4                                              Attorneys for Defendant
                                               WMC MORTGAGE CORPORATION
5

6   Pursuant to the Parties' Stipulation, IT IS SO ORDERED.

7   DATED:  __January 15, 2010_____     _____
                                                United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

Stipulation and [Proposed] Order Extending Time
Case No.:  3:09-cv-01099-JSW