1   Law Offices Of Jonathan G. Stein
    Jonathan G. Stein, SBN 224609
2   5050 Laguna Blvd. Ste., 122-325
    Elk Grove, CA 95758
3   (916) 247-6868 FAX: (916) 443-5022
    e-mail: jonathan@jonathangstein.com
4
    Attorney for Plaintiff Ayshia Benham (3:09-cv-01099-JSW)
5

6
                    **UNITED STATES DISTRICT COURT**
7
                 **NORTHERN DISTRICT OF CALIFORNIA**
8

9

10

11

12

13

14
    AYISHA BENHAM,                          CASE NO.: 3:09-cv-01099-JSW
15
                    Plaintiff,               AMENDED [PROPOSED] ORDER
16  v.                                       GRANTING STIPULATION EXTENDING
                                             TIME FOR MEDIATION
17  WELLS FARGO BANK DBA AMERICA'S
    SERVICING COMPANY, AMERICA'S
18  SERVICING COMPANY; WMC
    MORTGAGE CORPORATION;
19  MORTGAGE ELECTRONIC
    REGISTRATION SYSTEMS, INC., NDEX
20  WEST, LLC; DEUTSCHE BANK
    NATIONAL TRUST COMPANY AS
21  TRUSTEE FOR MORGAN STANLEY
    ABS CAPITAL 1, INC., TRUST 2006-
22  WMC-2; JUAN CARLOS MARTINEZ,
    KEITH HOUSTEAD, JOHN WEIGEL
23  and DOES 1-20 inclusive,

24                  Defendants.
    _____/
25

26

27

28

                                       1
    AMENDED [PROPOSED] ORDER GRANTING STIPULATION REQUESTING ADDITIONAL TIME FOR MEDIATION

1

2

3

4

The Stipulation requesting additional time for mediation by and between Plaintiff and Defendants American Servicing and WMC Mortgage Corp., the pertinent parts of which are set forth below, is hereby approved.

5

The deadline for completion of mediation is extended 120 days.

6

7

GOOD CAUSE APPEARING, IT IS SO ORDERED:

8

9

Dated: <u>January 15, 2010</u>

10

Honorable Jeffrey S. White
United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED [PROPOSED] ORDER GRANTING STIPULATION REQUESTING ADDITIONAL TIME FOR MEDIATION