LAW OFFICES OF JONATHAN G. STEIN
JONATHAN G. STEIN   SBN  224609
5050 LAGUNA BLVD STE 112-325
ELK GROVE CA 95758
(916) 247-6868; (FAX) 443-5022
e-mail jonathan@jonathangstein.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AYISHA BENHAM | CASE NO.09-CV-1099 JSW |
| Plaintiff, <br> v. <br> AMERICAN SERVICING COMPANY INCORPORATION, NDEX WEST, LLC, WMC MORTGAGE CORP., UNITED HOME MORTGAGE CORPORATION, PARAMOUNT FINANCIAL, INC., ASAD ZAFARI, ARTHUR DAVID BACIGALUPO, CORY ROBERT BAKER, DAVID MARCUS ALLEN, TIERNAN JAMES LEE, JUAN CARLOS MARTINEZ, KEITH HOUSTEAD, JOHN WEIGEL and <br> DOES 1-20 inclusive, <br> Defendants. | STIPULATION TO MOVE MOTION TO DISMISS SECOND AMENDED COMPLAINT DATE and ~~PROPOSED~~ ORDER <br><br> Date: April 2, 2010 <br> Time: 9:00 a.m. <br> Courtroom: 11 <br> Judge: Hon. Jeffrey S. White |

Plaintiff Ayisha Benham and Defendants WMC Mortgage LLC ("WMC") AND Wells Fargo Bank, N.A. d/b/a/ America's Servicing Company ("Wells Fargo"), by and through their attorneys of record do hereby stipulate and agree to the following:

1. Defendant WMC currently has a Motion to Dismiss Second Amended Complaint scheduled to be heard before the United States District Court on April 2, 2010.

2. Defendant Wells Fargo also currently has a Motion to Dismiss Second Amended Complaint scheduled to be heard before the United States District Court on April 2, 2010.

3. The parties stipulate and agree that Defendants' Motion to Dismiss Second Amended Complaint will be heard concurrently on April 23, 2010 at 9:00 A.M. and the previous date of April 2, 2010 be vacated accordingly.

Dated: March 4, 2010  /s/ Jonathan G. Stein
JONATHAN G. STEIN
Attorney for Plaintiff AYISHA BENHAM

Dated: March 4, 2010  /s/ Mark V. Asdourian
MARK V. ASDOURIAN
Attorney for Defendant WMC Mortgage

Dated: March 4, 2010  /s/ Joshua E. Whitehair
JOSHUA E. WHITEHAIR
Attorney For Wells Fargo Bank, N.A. d/b/a
America's Servicing Company

## ~~PROPOSED~~ ORDER

It is so ordered that the hearing on Defendants' motion to dismiss the Second Amended Complaint in case number 09-CV-1099-JSW is to be heard before this Court on April 23, 2010 at 9:00 A.M. and the previous date of April 2, 2010 be vacated accordingly.

The opposition briefs shall be due March 19, 2010 and the replies shall be due March 26, 2010.

Dated   March 4, 2010

_____
Honorable Jeffrey S. White